1  SEYFARTH SHAW LLP
   Laura Wilson Shelby (SBN 151870)
2  lshelby@seyfarth.com
   2029 Century Park East, Suite 3500
3  Los Angeles, California 90067-3021
   Tel.: (310) 277-7200; Fax: (310) 201-5219
4
   SEYFARTH SHAW LLP
5  Coby M. Turner (SBN 266298)
   cturner@seyfarth.com
6  400 Capitol Mall, Suite 2350
   Sacramento, California 95814-4428
7  Tel.: (916) 448-0159; Fax: (916) 558-4839

8  Attorneys for Defendants
   UNIVERSAL CABLE HOLDINGS, INC., dba
9  SUDDENLINK COMMUNICATIONS

10 LAW OFFICE OF BRADFORD C. FLOYD
   Bradford C. Floyd (SBN 136459)
11 bcfloyd@floydlawfirm.com
   Carlton D. Floyd (SBN 275958)
12 cdfloyd@floydlawfirm.com
   819 Seventh Street
13 Eureka, California 95501
   Tel.: (707) 445-9754; Fax: 707) 445-5915
14
   Attorneys for Plaintiff
15 KEITH AMBROSINI

16

17                UNITED STATES DISTRICT COURT
18                NORTHERN DISTRICT OF CALIFORNIA
19

20 KEITH AMBROSINI,                          Case No. 3:14-cv-00896-RS
21            Plaintiff,                     **JOINT STIPULATION AND
22                                           [PROPOSED] ORDER TO EXTEND
      v.                                     THE DEADLINE TO COMPLETE
23                                           ADR**
   UNIVERSAL CABLE HOLDINGS, INC.,
24 DBA SUDDENLINK COMMUNICATIONS,            Judge:    Hon. Richard Seeborg
   WENDY PURNELL, CHARLES HARRIS,
25 and DOES 1 through 100, inclusive,,
26            Defendants.
27
28

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO COMPLETE ADR
17920436v.1

1  Pursuant to ADR Local Rule 6-5 and Civil Local Rule 7, The parties to the above-entitled
2  action submit this Joint Stipulation to Extend the Deadline to Complete ADR.
3  WHEREAS, on May 29, 2014, the Court set a Case Management Scheduling Order
4  referring the parties to the ADR department to engage in mediation within 120 days, making the
5  deadline September 26, 2014 (Dkt. No. 24);
6  WHEREAS, at the hearing before the Court on July 3, 2014, counsel for Defendant
7  informed the Court it would need an extension of the ADR deadline due to personal conflicts of
8  Defendant's representative, and the Court advised the parties to file a stipulation reflecting any
9  agreed upon extension;
10  WHEREAS, the parties have met and conferred and agree that the first date all necessary
11  parties are available to complete mediation is October 22, 2014;
12  WHEREAS, the parties' appointed mediator, Steven Saltiel, has also confirmed his
13  availability to hold the mediation on October 22, 2014;
14  WHEREAS, extending the deadline to complete ADR in this action will not affect any
15  other deadlines set in the case;
16  IT IS HEREBY STIPULATED, AGREED, AND JOINTLY REQUESTED that the
17  Court extend the deadline for the parties to complete ADR to November 7, 2014, to allow the
18  parties time to complete their ADR session and any necessary follow up.  The parties will submit
19  a status report to the Court regarding the outcome of mediation on or before November 7, 2014.

21  DATED: September 9, 2014            Respectfully submitted,
22                                       SEYFARTH SHAW LLP

24                                       By: /s/ Coby M. Turner
                                             Coby M. Turner

26                                       Attorneys for Defendants
                                         UNIVERSAL CABLE HOLDINGS, INC., dba
27                                       SUDDENLINK COMMUNICATIONS

1

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO COMPLETE ADR
17920436v.1

DATED: September 9, 2014

Respectfully submitted,

LAW OFFICE OF BRADFORD C. FLOYD

By: /s/ Carlton D. Floyd
Carlton D. Floyd

Attorneys for Plaintiff
KEITH AMBROSINI

Pursuant to Local Rule 5(i), I, Coby M. Turner, declare under penalty of perjury of the laws of the United States, that Carlton D. Floyd, counsel for Plaintiff, has concurred in the filing of this document. Executed on September 9, 2014, at Sacramento, California.

/s/ Coby M. Turner

PURSUANT TO STIPULATION, IT SO ORDERED. The deadline for the parties to complete ADR is hereby continued from September 26, 2014, to November 7, 2014.

Dated: 9/10/14

Hon. Richard Seeborg
United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO COMPLETE ADR
17920436v.1