Bradford C. Floyd (SBN 136459)
Carlton D. Floyd (SBN 275958)
LAW OFFICE OF BRADFORD C. FLOYD
819 Seventh Street
Eureka, California 95501
Telephone:      (707) 445-9754
Facsimile:      (707) 445-5915
E-mail: *bcfloyd@floydlawfirm.net*

Attorneys for Plaintiff KEITH AMBROSINI


SEYFARTH SHAW LLP
Laura Wilson Shelby (SBN 151870)
*lshelby@seyfarth.com*
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:      (310) 277-7200
Facsimile:      (310) 201-5219

SEYFARTH SHAW LLP
Coby M. Turner (SBN 266298)
*cturner@seyfarth.com*
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:      (916) 448-0159
Facsimile:      (916) 558-4839

SEYFARTH SHAW LLP
Nicholas R. Clements (SBN 267314)
*nclements@seyfarth.com*
560 Mission Street, Suite 3100
San Francisco, California  94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendant
UNIVERSAL CABLE HOLDINGS, INC., dba
SUDDENLINK COMMUNICATIONS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH AMBROSINI,<br><br>              Plaintiff,<br><br>       v.<br><br>UNIVERSAL CABLE HOLDINGS, INC., DBA SUDDENLINK COMMUNICATIONS, and DOES 1 through 100, inclusive,<br><br>              Defendants. | Case No. 3:14-cv-00896-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR LIMITED MODIFICATION TO SCHEDULING ORDER** |

1  Pursuant to Local Rule 6-1(b), Plaintiff KEITH AMBROSINI ("Plaintiff"), on the one
2  hand, and Defendants UNIVERSAL CABLE HOLDINGS, INC., dba SUDDENLINK
3  COMMUNICATIONS,  ("Defendant"), by and through their undersigned counsel, hereby
4  stipulate as follows:
5  WHEREAS, the Court entered a Case Management Scheduling Order on May 29, 2014
6  (the "Scheduling Order").  (Dkt. 24.)
7  WHEREAS the Scheduling Order requires discovery to be completed on or before
8  January 30, 2015.
9  WHEREAS, Plaintiff requires additional time to take the depositions of two witnesses,
10  Aaron Byer and Casey Kelly, due to the unavailability of these witnesses until February 20,
11  2015.
12  WHEREAS, dispositive motions in this case are to have been completed and filed by
13  February 12, 2015, with hearing dates scheduled for no later than March 19, 2015.  However,
14  given Plaintiff's need to extend the discovery deadline as to the above-mentioned witnesses, the
15  dispositive motions and hearing deadlines will also need to be continued.  The Parties, therefore,
16  seek a 21-day extension to complete and file their pre-trial dispositive motions, if any, until
17  March 5, 2015.  The pre-trial dispositive hearing deadline will consequently also require
18  continuation, until April 9, 2015.
19  WHEREAS, the additional time the Parties seek will not alter the current trial date set for
20  June 8, 2015.
21  IT IS THEREFORE STIPULATED that:
22  1.  The deadline to complete Plaintiff's depositions of witnesses Aaron Byer and
23  Casey Kelly will be continued until February 20, 2015.
24  2.  The deadline to complete and file any pre-trial dispositive motions will be
25  continued from February 12, 2015 until March 5, 2015.  The hearing dates for any pre-trial
26  dispositive motions will be continued from March 19, 2015 until April 9, 2015.
27  IT IS SO STIPULATED.
28

STIPULATION TO MODIFY SCHEDULING ORDER AND [PROPOSED] ORDER / CASE NO. 3:14-CV-00334-VC
18896725v.1

| | | |
|---|---|---|
| 1 | DATED:  January 28, 2015 | SEYFARTH SHAW LLP |
| 2 | | |
| 3 | | By:      */s/ Nicholas R. Clements* |
| 4 | | Laura Wilson Shelby<br>Coby M. Turner<br>Nicholas R. Clements |
| 5 | | |
| 6 | | Attorneys for Defendant<br>UNIVERSAL CABLE HOLDINGS, INC., dba<br>SUDDENLINK COMMUNICATIONS |
| 7 | | |
| 8 | DATED: January 28, 2015 | LAW OFFICE OF BRADFORD C. FLOYD |
| 9 | | |
| 10 | | By:      */s/  Bradford C. Floyd* |
| 11 | | Bradford C. Floyd<br>Carlton D. Floyd |
| 12 | | |
| 13 | | Attorneys for Plaintiff<br>KEITH AMBROSINI |

1  [PROPOSED] ORDER

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  1.  The deadline to complete Plaintiff's depositions of witnesses Aaron Byer and Casey Kelly will be continued until February 20, 2015.

5  2.  The deadline to complete and file any pretrial dispositive motions will be continued from February 12, 2015 until March 5, 2015.  The hearing dates for any pre-trial dispositive motions will be continued from March 19, 2015 until April 9, 2015.

DATED: 1/28/2015                    _____
                                     HON. RICHARD SEEBORG
                                     United States District Court Judge