UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH AMBROSINI,<br><br>   Plaintiff,<br><br>   v.<br><br>UNIVERSAL CABLE HOLDINGS, INC. DBA SUDDENLINK COMMUNICATIONS,<br><br>   Defendant. | Case No. 14-cv-00896-HSG<br><br>**ORDER CONTINUING PRETRIAL AND TRIAL DATES AND CERTAIN PRETRIAL DEADLINES**<br><br>Re: Dkt. No. 80 |

Having considered the parties' Joint Stipulation to Continue Trial Date, Pretrial Conference, and Certain Pretrial Deadlines, as well as the Court's schedule, the Court hereby continues the Pretrial Conference and Trial dates to August 4, 2015 and August 10, 2015, respectively and sets the following pretrial deadlines:

| | |
|---|---|
| Pretrial Conference | **August 4, 2015 at 3:00 p.m.**<br>**Courtroom 15, 18th Floor** |
| Trial | **August 10, 2015 at 8:30 a.m.**<br>**Courtroom 15, 18th Floor** |
| Last Court Day for lead counsel to meet and confer regarding settlement, joint pretrial filings and clarifying and narrowing the contested issues for trial | **June 23, 2015** |
| Last Court Day to provide every other party a set of all proposed exhibits, charts, schedules, summaries, diagrams, and other similar documentary materials to be used in the case in chief at trial, together with an exhibit list | **June 23, 2015** |
| Last Court Day to provide every other party a list of citations to all evidence to be introduced at trial and list of witnesses to be called at trial | **June 23, 2015** |

| Last Court Day to submit joint pretrial statement and proposed order to Court | **June 30, 2015** |
|---|---|
| Last Court Day to file opposition or statement of non-opposition to motions *in limine* | **June 30, 2015** |
| Last Court Day to make pretrial disclosures as set forth in FRCP 26(a)(3) | **June 30, 2015** |
| Last court Day to meet and confer to determine whether any evidentiary issues may be resolved by stipulation | **June 26, 2015** |
| Last Court Day for a party wishing to have motions *in limine* heard prior to commencement of trial to file such motions | **June 26, 2015** |
| Last Court Day for a party wishing to bring technology into the Courthouse for trial to file request and proposed order | **June 30, 2015** |
| Last Court Day for the parties to provide two sets of binders containing copies of exhibits to the Clerk's office | **June 30, 2015** |

**IT IS SO ORDERED.**

Dated: 6/15/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge

2