SEYFARTH SHAW LLP
Laura Wilson Shelby (SBN 151870)
*lshelby@seyfarth.com*
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:  (310) 201-5219

SEYFARTH SHAW LLP
Coby M. Turner (SBN 266298)
*cturner@seyfarth.com*
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:  (916) 448-0159
Facsimile:  (916) 558-4839

SEYFARTH SHAW LLP
Nicholas R. Clements (SBN 267314)
*nclements@seyfarth.com*
560 Mission Street, Suite 3100
San Francisco, California  94105
Telephone: (415) 397-2823
Facsimile:  (415) 397-8549

Attorneys for Defendant
UNIVERSAL CABLE HOLDINGS, INC., dba
SUDDENLINK COMMUNICATIONS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH AMBROSINI,<br><br>            Plaintiff,<br><br>     v.<br><br>UNIVERSAL CABLE HOLDINGS, INC., DBA SUDDENLINK COMMUNICATIONS, and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. 3:14-cv-00896-HSG<br><br>**[PROPOSED] ORDER RELEASING TO DEFENDANT'S COUNSEL A COPY OF THE SEALED JUNE 17, 2015 SETTLEMENT CONFERENCE TRANSCRIPT OF PROCEEDINGS** |

//

//

//

//

The Court hereby will release a copy of the sealed transcript of proceedings of the Mandatory Settlement Conference held on June 17, 2015 concerning this matter, to counsel for Defendant UNIVERSAL CABLE HOLDINGS, INC., dba SUDDENLINK COMMUNICATIONS , Nicholas R. Clements.

IT IS SO ORDERED.

Dated:   June 26, 2015

Hon. Jos_____
CHIEF M_____ OF THE
UNITED _____ DISTRICT COURT

*Judge Joseph C. Spero*

1