1  Bradford C Floyd (SBN 136459)
   Carlton D. Floyd (SBN 275958)
2  FLOYD LAW FIRM, a California Partnership
   819 Seventh Street
3  Eureka, California  95501
   Telephone:  (707) 445-9754
4  Facsimile:   (707) 445-5915
   E-mail: bcfloyd@floydlawfirm.net
5
   Attorneys for Plaintiff, Keith Ambrosini
6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11 | KEITH AMBROSINI, | Case No.  CV 14-00896-HSG
12 | Plaintiff, | **STIPULATION OF DISMISSAL; ORDER**
13 | v. |
14 | UNIVERSAL CABLE HOLDINGS, INC., et al. |
15 | |
16 | Defendants. |

17     IT IS HEREBY STIPULATED by and between the parties to this action through their

18 designated counsel that the above-captioned action be and hereby is dismissed with prejudice

19 pursuant to Federal Rules of Civil Procedure 41(a)(1).

20  Dated: July 27, 2015                 FLOYD LAW FIRM

21
                                              *Carlton D. Floyd*
22                                       By_____
                                              Carlton D. Floyd, Attorneys for Plaintiff
23  Dated: July 27, 2015                 SEYFARTH SHAW LLP
24
                                              *Laura Shelby*
25                                       By_____
                                              Laura Shelby
26                                            Attorneys for Defendant

27

28           STIPULATION OF DISMISSAL; ORDER
             CV 14-00896-HGS
                         1

Pursuant to Local Rule 5-1(i), I, Carlton D., Floyd, declare under penalty of perjury of the laws of the United States, that Laura Shelby, counsel for Defendants, has concurred in the filing of this document.

Executed this 27th day of July 2015.

*Carlton D. Floyd*

_____
Carlton D. Floyd

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the above-entitled matter is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

Dated: _____July 28_____, 2015

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge